DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUCIANO MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00381-EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| LUCIANO MERCADO ) | Date: May 28, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED between the parties, Michael Beckwith, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant LUCIANO MERCADO, that the status conference of May 28, 2010 at 10:00 a.m., be vacated, and the matter be set for status conference on June 18, 2010 at 10:00 a.m.

The reason for the continuance is to allow the defendant additional time to review the plea agreement. The defendant is currently located in Butte County Jail, which increases the amount of time needed for counsel to review the plea with the defendant. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy

1  Trial Act accordingly.
2      IT IS STIPULATED that the period from the signing of this Order,
3   May 27, 2010, up to and including June 18, 2010, be excluded in
4  computing the time within which trial must commence under the Speedy
5  Trial Act, pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
6  for ongoing preparation of counsel.
7  Dated: May 27, 2010
8                                          Respectfully submitted,
9                                          DANIEL BRODERICK
                                           Federal Defender
10
11                                         */s/ Douglas Beevers*
                                           _____
12                                         DOUGLAS BEEVERS
                                           Assistant Federal Defender
13                                         Attorney for Defendant
                                           LUCIANO MERCADO
14
15 Dated: May 27, 2010
16                                         BENJAMIN B. WAGNER
                                           Acting United States Attorney
17
18                                         */s/ Michael Beckwith*
                                           _____
19                                         Michael Beckwith
                                           Assistant U.S. Attorney
20
21
22                               **ORDER**
23      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24 ordered that the status conference presently set for May 28, 2010, be
25 continued to June 18, 2010 at 10:00 a.m.  Based on the representation of
26 defense counsel and good cause appearing therefrom, the Court hereby
27 finds that the failure to grant a continuance in this case would deny
28 defendant reasonable time necessary for effective preparation, taking

1  into account the exercise of due diligence.  The Court finds that the
2  ends of justice to be served by granting a continuance outweigh the best
3  interests of the public and the defendant in a speedy trial.  It is
4  ordered that time from the date of this Order, May 27, 2010, up to and
5  including, the June 18, 2010 status conference shall be excluded from
6  computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
8  3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to
9  prepare.
10 Dated:  May 27, 2010

              /s/ Edward J. Garcia
              EDWARD J. GARCIA
              United States District Judge

Stip and Order                    -3-