**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# MEMORANDUM

**FILED**
**OCT 26 2010**
**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____ DEPUTY CLERK

DATE:      October 26, 2010

TO:        Colleen Lydon, Courtroom Clerk to
           Honorable Edward J. Garcia

FROM:      Douglas Beevers, Assistant Federal Defender

SUBJECT:   USA v. Luciano Mercado, Cr-S-09-381 EJG
           Continuance of Judgment and Sentencing

---

　　Please continue the judgment and sentencing in this case to from November 12, 2010 at 10:00 a.m. to January 7, 2011 at 10:00a.m. This date is the next available date for all parties. The continuance is needed to allow the parties to resolve issues related to the defendant's role in the offense. The parties believe this issue will be easier to resolve correctly after the co-defendants' trial.

　　The Government, AUSA Michael Beckwith and the United States Probation Officer, Casey Horner, have no objections to this continuance.

Thank you for your attention to this matter. Please call with any questions or concerns.

**IT IS SO ORDERED**

_/s/ Edward J. Garcia_
10/26/10