**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*                    (916) 498-5700  Fax: (916) 498-5710                    *Linda C. Harter*
*Federal Defender*                                                                                            *Chief Assistant Defender*


# M E M O R A N D U M & ORDER

DATE:          January 4, 2011

TO:            Colleen Lydon, Courtroom Clerk to
               Honorable Edward J. Garcia

FROM:          Douglas Beevers, Assistant Federal Defender

SUBJECT:       USA v. Luciano Mercado, Cr-S-09-381 EJG
               Continuance of Judgment and Sentencing

---

        Please continue the judgment and sentencing in this case to from January 7, 2011
to March 25, 2011 at 10:00a.m. The continuance is needed to allow the parties to resolve
issues related to the defendant's role in the offense. The parties believe this issue will be
easier to resolve correctly after the co-defendants' trial which is currently scheduled for
February 28, 2011.

        The Government, AUSA Michael Beckwith and the United States Probation Officer,
Casey Horner, have no objections to this continuance.

Thank you for your attention to this matter.  Please call with any questions or concerns.


Dated: January 5, 2011                          /s/ Edward J. Garcia
                                                Edward J. Garcia
                                                United States District Court Judge