**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M **& O R D E R**

DATE:     March 22, 2011

TO:       Colleen Lydon, Courtroom Clerk to
          Honorable Edward J. Garcia

FROM:     Douglas Beevers, Assistant Federal Defender

SUBJECT:  USA v. Luciano Mercado, Cr-S-09-381 EJG
          Continuance of Judgment and Sentencing

---

   Please continue the judgment and sentencing in this case to from March 25, 2011 to April 15, 2011 at 10:00a.m. The continuance is needed to allow the parties to resolve issues related to the defendant's role in the offense. The parties believe this issue will be easier to resolve if both co-defendants, Luciano Mercado and Sergio Mercado are sentenced together. Any testimony provided by either defendant will be relevant to both cases.
   The Government, AUSA Michael Beckwith and the United States Probation Officer, Casey Horner, have no objections to this continuance.

Thank you for your attention to this matter.  Please call with any questions or concerns.

Dated: March 23  2011                 /s/ Edward J. Garcia
                                      Edward J. Garcia
                                      United States District Court Judge