**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# MEMORANDUM

**FILED**
APR 1 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK



DATE:     April 8, 2011

TO:       Colleen Lydon, Courtroom Clerk to
          Honorable Edward J. Garcia

FROM:     Douglas Beevers, Assistant Federal Defender

SUBJECT:  USA v. Luciano Mercado, Cr-S-09-381 EJG
          Continuance of Judgment and Sentencing

---

   Please continue the judgment and sentencing in this case to from April 15, 2011 to April 29, 2011 at 10:00a.m. The continuance is needed to allow the parties to resolve issues related to the defendant's role in the offense. The parties believe this issue will be easier to resolve if both co-defendants, Luciano Mercado and Sergio Mercado are sentenced together. Any testimony provided by either defendant will be relevant to both cases.
   The Government, AUSA Michael Beckwith and the United States Probation Officer, Casey Horner, have no objections to this continuance.

Thank you for your attention to this matter. Please call with any questions or concerns.

Dated: ~~March~~ April 8 2011

_____
Edward J. Garcia
United States District Court Judge