1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   Sergio Mercado
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      )  No. 2:09-0381 EJG
12                                )
              Plaintiff,          )
13                                )  STIPULATION AND ORDER CONTINUING
        v.                        )  J&S DATE TO 5/6/11.
14                                )
   SERGIO MERCADO,                )
15 LUCIANO MERCADO                )
              Defendant.          )
16                                )
   _____)
17
        **IT IS HEREBY STIPULATED** by and between Assistant United States
18
   Attorney MICHAEL BECKWITH, Counsel for Plaintiff, and Attorney Dina L.
19
   Santos, Counsel for Defendant SERGIO MERCADO and Attorney Douglas
20
   Beevers, Counsel for LUCIANO MERCADO, that the date for Judgement and
21
   Sentencing be continued to May 6, 2011.  The continuance is needed to
22
   finalize issues regarding the safety valve and the alleged roles of
23
   each of the defendants within the case.
24
        The Court is advised that all counsel conferred about this
25
   request, that probation has been advised of the May 6, 2011 date, and
26
   that all Counsel have authorized Ms. Santos to sign this stipulation on
27
   their behalf.
28

**IT IS SO STIPULATED.**

Dated: April 25, 2011          /s/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               SERGIO MERCADO

Dated: April 25, 2011          /s/ Dina L. Santos
                               DOUGLAS BEEVERS
                               Attorney for Defendant
                               LUCIANO MERCADO

Dated: April 25, 2011          /s/ Michael Beckwith
                               MICHAEL BECKWITH
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

            By the Court,


Dated: April 25, 2011          /s/ Edward J. Garcia
                               Hon. Edward J. Garcia
                               United States District Judge