BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0381-01 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SENTENCING REDUCTION |
| v. | |
| LUCIANO MERCADO, | |
| Defendant. | |

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION

1

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate and agree that the briefing schedule for defendant's motion to reduce his sentence should be reset according to the following schedule:

|  |  |
|---|---|
| Government's Opposition: | October 13, 2015 |
| Defendant's Reply: | October 19, 2015 |
| Hearing on Motion: | October 26, 2015, at 9:30 a.m. |

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated:  September 4, 2015

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated:  September 4, 2015

/s/ ERIN RADEKIN, Esq.
ERIN RADEKIN, Esq.
Counsel for Defendant, authorized to sign for Ms. Radekin on September 4, 2015

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

The briefing schedule on defendant's motion for a sentence reduction suppress evidence is revised as follows:

    Government's Opposition:    October 6, 2015

    Defendant's Reply:    October 13, 2015

    Hearing on Motion:    October 26, 2015, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated:  September 8, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE