UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CR. NO. 2:09-00381 WBS AC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LUCIANO MERCADO, | |
| Defendant. | |

----oo0oo----

On July 14, 2016, defendant Luciano Mercado filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 167.) The United States shall file an opposition to defendant's motion no later than August 15, 2016. Defendant may file a reply no later than August 30, 2016. The court will then take the motion under submission and will inform the parties if

1

oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: July 19, 2016

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE