UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUCIANO MERCADO,<br><br>        Defendant. | CR. NO. 2:09-381 WBS<br><br>ORDER RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) |

----oo0oo----

On August 6, 2010, defendant Luciano Mercado pled guilty to: (1) conspiracy to distribute over 500 grams of methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1), and (2) possession with intent to distribute over 500 grams of methamphetamine in violation of 21 U.S.C. § 841(a)(1). (Aug. 6, 2010 Transcript at 6, 13 (Docket No. 110).) The court sentenced

defendant to 168 months in prison.  (Docket No. 90.)

On April 13, 2015, defendant moved to reduce his sentence pursuant to Amendment 782 of the United States Sentencing Guidelines ("Guidelines") and 18 U.S.C. § 3582(c)(2). (Docket No. 145.)  The court denied that motion on grounds that defendant's 168-month sentence was already lower than the minimum sentence of his amended Guidelines range--188 to 235 months. (December 31, 2015 Order at 3, 8-9 (Docket No. 165).)

Defendant filed a subsequent Motion to reduce his sentence on July 14, 2016.  (Def.'s Mot. (Docket No. 167).)  That Motion, now pending before the court, raises no new legal arguments or facts, and is materially identical to defendant's first motion.  Treating the present Motion as a motion for reconsideration, the court finds that there is no "newly discovered evidence," "clear error," or "intervening change in controlling law" warranting the reversal of the court's previous order denying defendant's first motion for reduction.  See Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993) ("Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.").

IT IS THEREFORE ORDERED that defendant's Motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (Docket No. 167) be, and the same hereby is, DENIED.[1]

---

[1] This Order is properly issued without defendant's Reply because the deadline for filing a reply passed on November 4,

1   Dated:   November 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

27  2016.  (Docket No. 171); see also E.D. Cal. L.R. 230(l) ("All
    [motions in prisoner actions] will be deemed submitted when the
28  time to reply has expired.").